| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE: 10/22/2015<br>TIME: 11:30 a.m. |

*Kareem Tillman v. Luray's Travel*
14-CV-0105 (NGG) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES: Plaintiff    Kareem Tillman (*pro se*)

Defendant    Martin M. Adler

SCHEDULING: The next telephone conference will be held on November 23, 2015, at 12:30 p.m.

SUMMARY: The parties agreed to settle the case on terms set forth on the record. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), I respectfully recommend that the court approve the proposed settlement. If such approval is granted, and if the parties then file a stipulation of dismissal no later than November 19, 2015, I will cancel the conference scheduled above; otherwise, I direct the defendant's counsel to initiate the telephone conference call.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge